MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
STEVEN E. RICH (SBN 198412)
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
CITIMORTGAGE, INC., CITIBANK, N.A.,
and CITIGROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BETANCOURT and PEDRO BETANCOURT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York corporation; CITIBANK, N.A., a national banking association; CITIGROUP, INC., a Delaware corporation; and Does 1-100,<br><br>Defendants.<br>_____ / | No. CV10-03168-JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 9, 2010

s/ Steven E. Rich
Signature
John Nadolenco
Steven E. Rich
Counsel for  Defendants
(Name of party or indicate "pro se")

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
28832321.1

American LegalNet, Inc.
www.FormsWorkflow.com

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On September 9, 2010, the following documents were served electronically via the CM/ECF system:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The parties who received electronic notice of the filing of the foregoing documents included:

- **Elizabeth Scott Letcher**
  eletcher@heraca.com

- **Noah Zinner**
  nzinner@heraca.com

- **James C. Sturdevant**
  jsturdevant@sturdevantlaw.com

- **Whitney Huston**
  whuston@sturdevantlaw.com

On September 9, 2010, I served the document listed above by placing true and correct copies thereof in sealed envelopes with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below:

**Maeve Elise Brown**
**Housing Economic Rights Advocates**
**1814 Franklin Street, Suite 1040**
**Oakland, CA 94612**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
28832321.1

American LegalNet, Inc.
www.FormsWorkflow.com

1 | Executed on September 9, 2010, at Los Angeles, California.

_____
Elena G. Griffin

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE
28832321.1

American LegalNet, Inc.
www.FormsWorkflow.com