MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

MAYER BROWN LLP
LUCIA NALE
lnale@mayerbrown.com
DEBRA BOGO-ERNST
dernst@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711
*(Pro Hac Vice Applications To Be Filed)*

Attorneys for Defendants
CITIMORTGAGE, INC.; CITIBANK,
N.A., AND CITIGROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARIA BETANCOURT and PEDRO BETANCOURT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York corporation; CITIBANK, N.A., a national banking association; CITIGROUP, INC., a Delaware corporation; and Does 1-100,<br><br>Defendants. | Case No. CV10-03168-SBA<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned, counsel for Defendants CitiMortgage, Inc., Citibank, N.A., and Citigroup, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in party that could be substantially affected by the outcome of this proceeding:

1. The parent company of CitiMortgage, Inc. is Citibank Domestic Investment Corp. Citibank Domestic Investment Corp. owns 100% of the stock of CitiMortgage, Inc.

2. The parent company of Citibank Domestic Investment Corp. is Citibank, N.A. Citibank, N.A. owns 100% of the stock of Citibank Domestic Investment Corp.

3. The parent company of Citibank, N.A. is Citicorp Holdings, Inc. Citicorp Holdings, Inc. owns 100% of the stock of Citibank, N.A.

4. The Parent company of Citicorp Holdings, Inc. is Citigroup Inc. Citigroup Inc. owns 100% of the stock of Citicorp Holdings, Inc.

5. The United States owns more than 10% of Citigroup Inc.'s stock.

Dated: September 10, 2010                     MAYER BROWN LLP


                                              By: *s/ John Nadolenco*
                                              John Nadolenco
                                              Steven E. Rich
                                              Attorneys for Defendants
                                              CITIMORTGAGE, INC., CITIBANK,
                                              N.A., AND CITIGROUP, INC.

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On September 10, 2010, the following documents were served electronically via the CM/ECF system:

- **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)**

The parties who received electronic notice of the filing of the foregoing documents included:

- **Elizabeth Scott Letcher**
  eletcher@heraca.com

- **Noah Zinner**
  nzinner@heraca.com

- **James C. Sturdevant**
  jsturdevant@sturdevantlaw.com

- **Whitney Huston**
  whuston@sturdevantlaw.com

On September 10, 2010, I served the document listed above by placing true and correct copies thereof in sealed envelopes with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below:

- Maeve Elise Brown
  Cynthia Singerman
  Housing Economic Rights Advocates
  1814 Franklin Street, Suite 1040
  Oakland, CA 94612
  Telephone: (510) 271-8443
  Facsimile: (510) 868-4521
  melisebrown@heraca.org
  csingerman@heraca.org

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in

1
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CASE NO. CV10-3168-SBA
28833785.1 10379000

-2-

1  the ordinary course of business.  I am aware that on motion of the party served,
2  service is presumed invalid if postal cancellation date or postage meter date is
3  more than one day after date of deposit for mailing in affidavit.
4      I declare under penalty of perjury under the laws of the State of California
5  that the above is true and correct.
6      Executed on September 10, 2010, at Los Angeles, California.

                                     _____
                                          Elena G. Griffin